IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:   October 10, 2013 |
| Court Reporter:       Gwen Daniel | Probation: Justine Kozak |

_____

Criminal Action No. 12-cr-00048-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Susan Knox

    Plaintiff,

v.

7. DERRICK GREGORY,                          Alaurice Tafoya-Modi
    a/k/a "DG,"

    Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

10:45 a.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Ms. Knox)

Sentencing Statement (by Ms. Tafoya-Modi)

Discussion/Argument

1

**ORDERED:** The defendant filed three objections to Presentence Investigation Report (ECF No. 623).  No ruling on the first objection is necessary.  The second objection is sustained in part.  Probation shall state in the Presentence Investigation Report and the Addendum for the Bureau of Prison's use that while there is information regarding the defendant's association with some gang members, that there is no documentation to establish that the defendant is, in fact, a member of the gangster disciples gang.

**ORDERED:** The Government's Motion Regarding Acceptance of Responsibility (ECF No. 605) is GRANTED.

**ORDERED:** There being no objection to the Motion to Dismiss Counts Twenty-Three, Twenty-Four, Twenty-Five, Twenty-Six and Twenty-Seven of the Indictment as to Defendant Derrick Gregory (ECF NO. 606), the Motion is GRANTED.  Counts Twenty-Three, Twenty-Four, Twenty-Five, Twenty-Six and Twenty-Seven are dismissed as to Defendant 7. Derrick Gregory.

**ORDERED:** The Government's U.S.S.G. §5K1.1 Motion for Downward Departure Based on Substantial Assistance (ECF No. 607) is GRANTED.

Discussion

**ORDERED:** The defense request that the defendant be credited for the time he served in State custody is DENIED.

Statement by defendant's wife

Defendant's Allocution

**ORDERED:** The Motion for Non-Guideline Sentence (ECF No. 609) is DENIED AS MOOT.

Defendant plead guilty to Count One of the Indictment and admitted to the notice of forfeiture in the Indictment on November 1, 2012.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Derrick Gregory, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 120 months.  The term of imprisonment imposed by this Judgment shall run consecutive to defendant's imprisonment pursuant to the Judgment of the Arapahoe County District Court in Case No. 2006CR2995.

The Court recommends that the defendant be incarcerated at a facility appropriate to his security designation located within the District of Colorado.

The Court recommends that the Bureau of Prisons allow the defendant to participate in RDAP.

**ORDERED:** Upon release from imprisonment defendant is placed on supervised release for a term of five years.

Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** Special Condition of Supervised Release:

1. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.

    The defendant shall abstain from the use of alcohol or other

>> **intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

The Court enters further findings as to the defendant's objection to the Presentence Investigation Report (ECF No. 623).

**ORDERED:** **The defendant's third objection to the Presentence Investigation Report (ECF No. 623) is OVERRULED.**

**ORDERED:** **Special Condition of Supervised Release:**

> **2.** **The defendant shall submit his person, property, house, residence, papers, or office to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release.**
>
> **The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.**
>
> **A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

**ORDERED:** **The defendant shall pay a Special Assessment of $100.00, which shall be due and payable immediately.**

**ORDERED:** **The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the Special Assessment**.

**ORDERED:** **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances**.**

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

| | |
|---|---|
| 11:32 a.m. | Court in Recess<br>Hearing concluded<br>Time: 47 minutes |